IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCANNED AT PINCKNEYVILLE CC and E-mailed
8-2-16 by JK 50 pages
date   initials   No.

Demetrius .D. Moore #S09786
ID# S09786

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. 16-870-SMY-SCW
(to be filled in by the Clerk's Office)

Jury Trial:  ☑ Yes   ☐ No
(check one)

-against-

Charles Harley Stegmeyer et.al
Marianne Hannigan
Stegmeyer & Stegmeyer LTD

: In His or Her Individual Capacity

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Demetrius .D. Moore #S09786
Street Address: P.O Box 999
City and County: Pinckeyville
State and Zip Code: Illinois, 62274
Telephone Number:
E-mail Address: Mr.dee21@myemail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Charles Harley Stegmeyer, Jr
Job or Title (if known): Illinois Licensed Attorney
Street Address: 7707 West main street Suite #4
City and County: Belleville
State and Zip Code: Illinois 62223
Telephone Number: 618-398-4895
E-mail Address (if known): Stegmeyerlaw@hotmail.com

Defendant No. 2

Name: Marianne Hannigan
Job or Title (if known): Illinois License Attorney
Street Address: 23 public square Suite 402
City and County: Belleville

2

      State and Zip Code  _Illinois  62222_
      Telephone Number  _618-398-4895_
      E-mail Address
      (if known)

Defendant No. 3

      Name  _Stegmeyer & Stegmeyer_
      Job or Title  _Law Firm_
      (if known)
      Street Address  _7707 W. Main Street Suite #4_
      City and County  _Belleville_
      State and Zip Code  _Illinois, 62223_
      Telephone Number  _618-398-4895_
      E-mail Address  _stegmeyerlaw@hotmail.com_
      (if known)

Defendant No. 4

      Name
      Job or Title
      (if known)
      Street Address
      City and County
      State and Zip Code
      Telephone Number
      E-mail Address
      (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I was ~~clearly~~ not represented by the Attorney I paid, due to him being suspended from the practice of law. he never notify me of his temporary suspension.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, (name) ~~Demetrius Moore~~, is a citizen of the State of (name) ~~Illinois~~.

   b. If the plaintiff is a corporation

   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) Charles H Stegmeyer, is a citizen of the State of (name) ~~Illinois~~. Or is a citizen of (foreign nation) _____.

4

b. If the defendant is a corporation

The defendant, (name) ~~Charles .H. Stegmeyer~~ is incorporated under the laws of the State of (name) ~~Illinois~~ _____, and has its principal place of business in the State of (name) ~~Stegmeyer & Stegmeyer~~ . Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Full Statement of Claim — next page →

I paid Attorney Charles .H. Stegmeyer on July 8, 2014 to respectfully represent me on 5 felony cases in Madison County, IL. we had a sit down for 5 mins to discuss fees. and we both came to a agreement I sign power of Attorney so Mr. Stegmeyer could use my debit card with direct Express to make withdraws and recieve my social security benefits to pay the fees he wanted. He and I agreed on one flat rate of $7,500.00 total. but Mr. Stegmeyer agreed to take a down payment of $2,455.00 which was the only ⑤ amount of fees I had in my account at that time.

page 5.

5-5

**Full STATEMENT OF CLAIM**

~~[scribbled out paragraph]~~

On July 7, 2014 I hired Attorney Charles H. Stegmeyer to respectfully represent me on 5 Felony cases in Madison County, IL. we had a sit down talk about fees. and we both came to a understanding agreedment. I sign power of Attorney so Mr. Stegmeyer could use my debit card with Direct Express to make withdraws and recieve my social security benefits to pay the fees he wanted. he said he wanted the $2,455.00 in my account as a down payment. and $491.00 a month from my social security benefits so I ordered a new debit card from Direct Express. and put the debit card in Mr. Stegmeyer care on DirectExpress records. and had the debit card sent to his Law Firm by FedEx. Mr. Stegmeyer recieved the debit card and recieved his payments on time every month on the 3rd of the month he said him and the states Attorney office had a deal worked out to give me time serve from jail time. but Mr. Stegmeyer word on the deal with the states Attorney office was untrue. States Attorney John T. Fischer wanted 6 years at 85%. the hold time. Mr. Stegmeyer blackmail me into believing if I got him more clients the more it looked good on me in court. I got Mr. Stegmeyer over 10 clients believing if I got him more clients he would of the courts knew and I would then get my time serve deal. but on December 4th, 2014 Mr. Stegmeyer was suspended from the practice of Law for 60 days. Mr. Stegmeyer or his firm never notify me he was suspended for 60 days which violated Attorneys rule 27. on December 10th, 2014 I was called for a Attorney visit at the Madison County Jail. a lady by the name of Marianne Hannigan stated she was assisting Mr. Stegmeyer stated he was sick in the hospital. I knew Ms. Hannigan was lying because I saw in the belleville news paper he was suspended. Ms. Hannigan also stated she had my debit card and tried

5

Continued → Next page →

Ms. Hannigan she gave Mr. Stegmeyer stated Mr. Stegmeyer gave it to her. She ask me to call DirectExpress customer service dept at 1-888-741-1115 she had the number wrote down on her legal pad. Ms. Hannigan was not authd by me to have my debit card or use it. She obtained my card and money by deception. That's Fraud and decep She used my debit card without my consent. That was never apart of Me and Mr. Stegmeyer deal. She assisted Mr. Stegmeyer on a common scheme to engage in the unlawful activity with my debit card in violation of Section 17-10.5 (a)(1) of Act 5 of Chapter 720 ILCS 5/17-10.5(a)(1) on December 10, 2014 in that said defendant Marianne Hannigan knowingly obtained by deception, control over the property of plaintiff Demetrius D. Moore being $1,491.00, US Currency, said property having a value in excess of $500.00, and with the intent to permanently deprive me of the use or benefit of said property in violation of 720 ILCS 5/16-1(a)(i) and against the peace and dignity of the said plaintiff. On February 4, 2015 I called Mr. Stegmeyer Law office and talked with him personally. He stated Ms. Hannigan was going to court with me February 5, 2015 to work a deal out with the States Attorney John Fischer. And that Ms. Hannigan was a new face to him and maybe get me a good plea deal. On February 5, 2015 I went to court with Ms. Hannigan and was still offered 6 years at 85%. Ms. Hannigan made many attempts to get me to plea on a case I was innocence on. She said Mr. Stegmeyer told her to talk me into taking the 6 years at 85%. Ms. Hannigan started crying saying Demetrius take the deal please you still will be young when you get out of prison. And if I went to trial the Jury would use the Ferguson Michael Brown JR Matter to find me guilty. Because it looks bad on my race from whats going on in Ferguson don't (go to) trial just plea guilty. I ask Ms. Hannig what my case got to do with Ferguson unrest. She said the States attorneys and Jury don't like whats going on in Ferguson. I didn't tak the deal Ms. Hannigan said Mr. Stegmeyer don't want to represent me any more because of my charges. And I need to find a new attorn because her and Mr. Stegmeyer is filing a motion to withdraw from my case. I went back to the Jail and called Mr. Stegmeyer and

asked Mr. Stegmeyer why didn't you represent me. he said Demetrius I am withdrawing from your case because the States Attorney office want give a good deal on the Jail house assault. he told me I should recieve a copy of the motion he file to withdraw from my case. On April 6, 2015 Mr. Stegmeyer and Ms. Hannigan was remove from my case by Judge Judge Neil Schroeder. Mr. Stegmeyer refund me my $500.00 payment back from the month of March 3rd, 2015. On September 14, 2015 I wrote the Attorney registration and disciplinary Commission because Mr. Stegmeyer charge me $275.00 per hour which was not apart of any agreedmen we made. The ARDC wrote back saying they do not necessarily agree that he earned the complete amount of fees paid especially relating to the steps he took to withdraw from my case. On October 20th, 2015 I called Mr. Stegmeyer and asked him to refund back all my money back. he agreed to come talk to me. when he came he ask me to stop writing the ARDC and he will do his Job on my case. Mr. Stegmeyer got back on my case again so I didn't write ARDC again because I gave him one more time to fix the matter. When the ARDC close the investigatio Mr. Stegmeyer ask for $4,000.00 more. he used me to stop the ARDC investigation and when it was over he ask for more money. I wrote my Judge asking him to not put Mr. Stegmeyer back on my case. Mr. Stegmeyer again withdraw from my case leaving me without Attorney funds. I had to get a public defender because Mr. Stegmeyer took my life savings. he did no work in my case or never discuss my case with me or let me see my motion of discovery. he took my money and misrepresented me. Mr. Stegmeyer and Ms. Hannigan violated My rights. I lost my 4 kids do to his actions they mother abandon them because she was not able to take care them on her on. I was the only

Ms. Hannigan was remove from the Madison County Jail by officer Tim Walker for seeing clients as well as my self that was not her or Mr. Stegmeyer clients. Ms. Hannigan entered her appearance on my case December 12, 2014 and would visit me for hours venting about her personal life. Ms. Hannigan stated she was in her 50's and don't have any kids are a boyfriend. and how she haven't had sex in years because she can't find a man to trust. Ms. Hannigan also stated she lived with her mother that has altimer she takes care of. she said her sister don't help take care they mother. So she works parttime as a appeal Attorney in belleville, IL. Ms. Hannigan stated she got suspended in chicago, IL for forgery of documents of a Doctor signature by the ARDC. this no legal argument there was no work done in my cases. Mr. Stegmeyer was suspended I was over charged on Fees. Ms. Hannigan commited fraud and I was defraud and misrepresnt Mr. Stegmeyer didn't work for my fees.

/ End of Statement of Claim)

Pg. (10)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Do too defendant taking my funds for his personal uses and leaving me no funds. I am requesting the sum of $150,000.00 cash in money damages, punitive money damages as well, and that both defendants be fully investigated by the ARDC for common scheme they engaged in at the Madison County Jail.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-28, 2016

Signature of Plaintiff: Demetrius D. Moore
Printed Name of Plaintiff: Demetrius D. Moore

#### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
         _____
Telephone Number  _____
E-mail Address  _____

Relief

I Feel I am entitled to actual or ~~punitive~~ punitive money damages, because I have to pay social security back over $5,000.00 and Mr. Stegmeyer didn't earn my fees. he was suspended 60 days and was being paid. I loss my grandmother and need my money to pay social security back and buy my grandmother a head stone, and all the stress Mr. Stegmeyer put me through, him and Ms. Hannigan I now see a Mental doctor here a Pinchneyville C.C.

7